**Abated and Memorandum Opinion filed August 26, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00316-CR

---

**WILLIAM ERRON DUNLAP, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause No. 1366222**

---

## M E M O R A N D U M   O P I N I O N

On August 14, 2014, this court was formally notified of appellant's death. A supplemental clerk's record containing a certified copy of appellant's death certificate was filed. The death of an appellant during the pendency of an appeal deprives this court of jurisdiction. *See Freeman v. State*, 11 S.W.3d 240 (Tex. Crim. App. 2000). When an appellant dies after an appeal is perfected but before this court issues the mandate, the appeal is to be permanently abated. *See* Tex. R. App. P. 7.1(a)(2); *see also Graham v. State*, 991 S.W.2d 802, 802–03 (Tex. Crim. App. 1998).

Accordingly, we order the appeal permanently abated.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.

Do not publish — Tex. R. App. P. 47.2(b).